**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
<u>MIDLAND</u> DIVISION

**In Re:**                                            §        **Case No.** _____
                                                     §
                                                     §
                                                     §        **Chapter** _____7_____
            Permian Basin Containers, LLC   §
                                                     §


**LIST OF CREDITORS VERIFICATION**


The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

Permian Basin Containers, LLC

By: _____          4/7/2026
       Arnaldo Ibarra Jr., its manager                    _____
                                                          Date