Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounnsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR THE DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **PERMIAN BASIN CONTAINERS, LLC,** | § | **CASE NO. 26-70080-SMR-7** |
| | § | |
| **Debtor.** | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Chapter 7 Bankruptcy Case, attached hereto as Exhibit "A" and incorporated herein, was served on all parties requesting notice herein, via electronic means, and to the parties on the service list attached hereto as Exhibit "B" via U.S. first class mail, postage prepaid, on this the 9th day of April, 2026.

       /s/ Patrick J. Schurr
Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR THE DEBTOR

**CERTIFICATE OF SERVICE** - PAGE 1