5 Star Freight & Trucking
519 Gold Meadow
Terrell, TX 75161


5 Star Industrial Containers
519 Gold Meadow
Terrell, TX 75161


5 Star Industrial Containers
Oklahoma
P O Box 647
Terrell, TX 75160


Achieved Containers LLC
519 Gold Meadow
Terrell, TX 75161


Aegis Chemical Solutions
4524 Highway 42 North
Kilgore, TX 75662


AES Drilling Fluids LLC
575 N Dairy Ashford
Suite 800
Houston, TX 77079


Michael Allbright
700 W. 81st
Odessa, TX 79764


Allbright & Associates Inc.
702 W. 81st
Odessa, TX 79764


Sandra Beaty
600 W. 83rd Street
Odessa, TX 79764

**EXHIBIT "B" - PAGE 1 of 7**

Jerry Bernard
701 W. Hillmont
Odessa, TX 79764


BRN Odessa LLC
6115 New Copeland Road
Suite 110
Tyler, TX 75703


Kelly Brown
1401 McKinney Street
Suite 1700
McKinney, TX 77010


BT Marshall LLC
6115 New Copeland Road
Suite 110
Tyler, TX 75703


Dustin R. Burrows
3217 34th Street
Lubbock, Texas 79410


Elzire Campbell
600 W. 83rd Street
Odessa, TX 79764


Valerie Castellon
525 W. 81st
Odessa, TX 79764


Deborah Cook
524 W. 81st
Odessa, TX 79762


**EXHIBIT "B" - PAGE 2 of 7**

Nicky Cook
524 W. 81st
Odessa, TX 79762

Chris Crockett
806 W. Hillmont Rd.
Odessa, TX 79764

Paul A. Derks
13155 Noel Road, Suite 1000
Dallas, TX 75240

Julie Driver
624 W. 83rd
Odessa, TX 79764

Loyce Driver
624 W. 83rd
Odessa, TX 79764

Robert Douthit
723 W. 83rd St
Odessa, TX 79764

Ruth Douthit
723 W. 83rd St
Odessa, TX 79764

Eagle Ford Containers
P O Box 647
Terrell, TX 75160

Marie Farrington
716-B W. 81st
Odessa, TX 79764

Finoric LLC
8115 TX 540 Loop
Beasley, TX 77417


Four Seasons Containers
P O Box 647
Terrell, TX 75160


Four Seasons Recycling
P O Box 647
Terrell, TX 75160


Cuca Franco
806 W. Hillmont Rd
Odessa, TX 79764


Deborah A. Greenleaf
6371 Richmond Avenue
Houston, Texas 77057


Tina Gresham
8101 N. Golder Ave.
Odessa, TX 79764


Mika Hancock
720 W. 81st
Odessa, TX 79764


Andrew S. Hicks
700 Louisiana Street
Suite 2650
Houston, Texas 77002


Chris Hurlburt
522 W. 81st, Unit A
Odessa, TX 79764

Tina Hurlburt
522 W. 81st, Unit A
Odessa, TX 79764


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


David W. Lauritzen
500 West Illinois, Suite 300
Midland, Texas 79701


John Morris
522 W. 81st
Odessa, TX 79764.


Jamie Overton
525 W. 81st
Odessa, TX 79764


Patriot Energy Solutions
208 Ridglea Drive
Midland, TX 79701


PBC Freight LLC
P O Box 647
Terrell, TX 75160


Adel Rodriguez
701 W. Hillmont Rd
Odessa, TX 79764


Ivonne Rodriguez
701 W. Hillmont Rd
Odessa, TX 79764

Mark Rodriguez
701 W. Hillmont Rd
Odessa, TX 79764


Sandra Rodriguez
8305 Erron Ave
Odessa, TX 79764


Richard Solomon
9009 Holiday Drive
Odessa, TX 97964


Talon LPE Ltd.
2901 Highway 349
Midland, TX 70706


Karen Taylor
606 W. 83rd Street
Odessa, TX 78764


Texas Tote Works Odessa
P O Box 647
Terrell, TX 75160


Sherrie Trammell
819 W. 83rd
Odessa, TX 79764


Allen Trexler
8009 So. County Road 1265
Midland, TX


United IBC LLC
P O Box 647
Terrell, TX 75160

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205


Marilyn Sue Yates
716 W. 81st
Odessa, TX 79764


James Zugg
520 W. 81st
Odessa, TX 79764


Michelle Zugg
520 W. 81st
Odessa, TX 79764


Rose Zugg
520 W. 81st
Odessa, TX 79764

**EXHIBIT "B" - PAGE 7 of 7**