| Information to identify the case: | | |
|---|---|---|
| Debtor | Permian Basin Containers, LLC <br><br> Name | EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  Western District of Texas | | Date case filed for chapter:  7  4/8/26 |
| Case number:  26–70080–smr | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Permian Basin Containers, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 8100 North County Road West <br> Odessa, TX 79763 | |
| **4. Debtor's attorney** <br> Name and address | Patrick Joseph Schurr <br> Scheef & Stone, LLP <br> 2600 Network Boulevard <br> Ste 400 <br> Frisco, TX 75034 | Contact phone 214–472–2100 <br><br> Email: patrick.schurr@solidcounsel.com |
| **5. Bankruptcy trustee** <br> Name and address | Ron Satija <br> PO Box 660208 <br> Austin, TX 78766 | Contact phone (512) 733–1311 <br><br> Email: rsatija@haywardfirm.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 San Jacinto Blvd, Suite 322 <br> Austin, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone (512) 916–5237 <br><br> Date: 4/8/26 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 12, 2026 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 357 925 8317, Passcode, 9045283217 or call (737) 279–4747** <br><br> For additional meeting information go to www.justice.gov/ust/moc |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

United States Bankruptcy Court

Western District of Texas

In re:                                          Case No. 26-70080-smr

Permian Basin Containers, LLC              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-7 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: 309C | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Permian Basin Containers, LLC, 8100 North County Road West, Odessa, TX 79764-1918 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: patrick.schurr@solidcounsel.com | Apr 09 2026 22:38:00 | Patrick Joseph Schurr, Scheef & Stone, LLP, 2600 Network Boulevard, Ste 400, Frisco, TX 75034 |
| tr | + | EDI: FRSATIJA.COM | Apr 10 2026 02:33:00 | Ron Satija, PO Box 660208, Austin, TX 78766-7208 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 09 2026 22:39:00 | United States Trustee - MD12, US Trustee's Office, 230 Homer Thornberry Judicial Bldg., 903 San Jacinto Blvd., Austin, TX 78701-2450 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                     Signature:       /s/Gustava Winters