**Fill in this information to identify the case:**

Debtor name   Permian Basin Containers LLC

United States Bankruptcy Court for the: Western    District of  Texas
                                                              (State)

Case number (If known):  26-70080-smr

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.
   ☑  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Prosperity Bank | Checking | 0 2 9 8 | $ 41,705.80 |
| 3.2. Prosperity Bank | Money Market | 3 1 2 1 | $ 69,228.02 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ 110,933.62

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑  No. Go to Part 3.
   ☐  Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor ___Permian Basin Containers LLC_____  Case number (*if known*) 26-70080-smr-7_____
       Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____  $_____

    8.2._____  $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.  $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                        **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........➔  $_____
                              face amount            doubtful or uncollectible accounts

    11b. Over 90 days old: 167,086.71 – 157,608.45 = ........➔  $ 9178.26
                        face amount            doubtful or uncollectible accounts

12. **Total of Part 3**  $ 9178.26

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                       **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____  _____  $_____

    14.2. _____  _____  $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                           % of ownership:

    15.1._____  _____%  _____  $_____
    15.2._____  _____%  _____  $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____  _____  $_____
    16.2._____  _____  $_____

17. **Total of Part 4**  $_____

    Add lines 14 through 16. Copy the total to line 83.

Debtor ___Permian Basin Containers LLC_____ Case number *(if known)*___26-70080-smr-7_____
    <sub>Name</sub>

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___Permian Basin Containers LLC_____  Case number *(if known)* __26-70080-smr-7_____
      <sub>Name</sub>

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

                         $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❑ No

    ❑ Yes. Is any of the debtor's property stored at the cooperative?

        ❑ No

        ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❑ No

    ❑ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❑ No

    ❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ❑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

                         $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

Debtor ___Permian Basin Containers LLC___ Case number *(if known)*___26-70080-smr-7___
    Name

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor ___Permian Basin Containers LLC_____     Case number (*if known*)___26-70080-smr-7_____
      Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor      Permian Basin Containers LLC                                    Case number (*if known*) 26-70080-smr-7
            _____
            Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ❏ No

  ❏ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ❏ No

  ❏ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ❏ No

  ❏ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ❏ No. Go to Part 12.

  ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

See attached     430,345.65 _ 397,500 = ➔ $ 32,845.65

              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

        Tax year _____   $_____

        Tax year _____   $_____

        Tax year _____   $_____

73. **Interests in insurance policies or annuities**

                                 $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

                                   $_____

  **Nature of claim**        _____

  **Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                     $_____

  **Nature of claim**        _____

  **Amount requested**      $_____

76. **Trusts, equitable or future interests in property**

                                     $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

                                     $_____

                                     $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 32,845.65

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No

  ❏ Yes

Debtor ___Permian Basin Containers LLC_____  Case number *(if known)*___26-70080-smr-7_____
       Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 110,933.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 9178.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 32,845.65 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............... 91a. | $ 152,957.53 | **+** 91b. $ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................................  $ 152,957.53

Total other Receivable/Shareholder loans

|  | Total | Uncollectible | Collectible |
|---|---|---|---|
| Loan to Others | 372,500.00 | 372,500.00 | - |
| Receivable from member | 23,572.86 | - | 23,572.86 |
| Loans to Shareholders | 34,272.79 | 25,000.00 | 9,272.79 |
|  | 430,345.65 | 397,500.00 | 32,845.65 |

# Balance Sheet

Permian Basin Containers LLC

As of Apr 20, 2026

| | Total |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| ****3121 Permian Basin Containers MM | 69,228.02 |
| Permian Basin Containers LLC (0298) - 1 | 42,043.95 |
| **Total for Bank Accounts** | **$111,271.97** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 167,086.71 |
| **Total for Accounts Receivable** | **$167,086.71** |
| Other Current Assets | |
| 275 New Bottles | 0.00 |
| 330 New Bottles | 0.00 |
| Deposits | 0.00 |
| Due from IRS | 792.06 |
| Inventory Asset | 0.00 |
| Loans to others | 372,500.00 |
| Payments to deposit | 0.00 |
| Receivable from Members | 23,572.86 |
| **Total for Other Current Assets** | **$396,864.92** |
| **Total for Current Assets** | **$675,223.60** |
| Fixed Assets | |
| Accumulated Depreciation | 0.00 |
| Buildings | |
| Leasehold Improvement | 0.00 |
| **Total for Buildings** | **$0.00** |
| Fixed Assets - Autos | 0.00 |
| Fixed assets-other tools equipment | 0.00 |
| Fixed Assets - Tractor/Trailers | 0.00 |
| Long-term office equipment | |
| Furniture | 0.00 |
| **Total for Long-term office equipment** | **$0.00** |
| Tools, machinery, and equipment | 0.00 |
| Vehicles | 0.00 |
| **Total for Fixed Assets** | **$0.00** |

Accrual Basis  Monday, April 20, 2026 12:26 PM GMT-05:00

# Balance Sheet

Permian Basin Containers LLC
As of Apr 20, 2026

|  | Total |
|---|---|
| Other Assets | |
| Loans to Shareholders | 34,272.79 |
| **Total for Other Assets** | **$34,272.79** |
| **Total for Assets** | **$709,496.39** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | $1,562,194.72 |
| Payroll wage payable | 0.00 |
| **Total for Accounts Payable (A/P)** | **$1,562,194.72** |
| **Total for Accounts Payable** | **$1,562,194.72** |
| Other Current Liabilities | |
| Out Of Scope Agency Payable | 0.00 |
| Payroll wages & tax payable | 0.00 |
| Sales tax to pay | 0.00 |
| Texas State Comptroller Payable | 0.00 |
| **Total for Other Current Liabilities** | **$0.00** |
| **Total for Current Liabilities** | **$1,562,194.72** |
| Long-term Liabilities | |
| Long-term business loans | |
| Notes Payable | 0.00 |
| **Total for Long-term business loans** | **$0.00** |
| **Total for Long-term Liabilities** | **$0.00** |
| **Total for Liabilities** | **$1,562,194.72** |
| Equity | |
| Equity | 288,400.00 |
| Gain/Loss | -43,290.20 |
| Owner draws | -7,784.49 |
| Retained Earnings | -979,213.30 |
| Net Income | -110,810.34 |
| **Total for Equity** | **-$852,698.33** |
| **Total for Liabilities and Equity** | **$709,496.39** |

Accrual Basis  Monday, April 20, 2026 12:26 PM GMT-05:00

**Fill in this information to identify the case:**

Debtor name ___Permian Basin Containers LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
                                                                    (State)

Case number (If known): ___26-70080-smr___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

_____     $_____     $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____     $_____     $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

**Fill in this information to identify the case:**

Debtor _____Permian Basin Containers, LLC_____

United States Bankruptcy Court for the: __Western_____  District of _Texas_____
(State)

Case number  _26-70080-smr-7_____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Debtor _Permian Basin Containers, LLC_____     Case number (*if known*)_26-70080-smr-7_____
        Name

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
Crain Caton and James PC

1401 McKinney, Suite 1700

Houston, TX 77010

**Date or dates debt was incurred**  JUly 2023

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** mishandled legal matter

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 37,481.84

---

**3.2**
**Nonpriority creditor's name and mailing address**
Patriot Energy Solutions

208 Ridglea Drive

Midland, TX 79701

**Date or dates debt was incurred**  Aug/Sept 2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** invoices 3126/31240

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 62,725.00

---

**3.3**
**Nonpriority creditor's name and mailing address**
Talon LPE Ltd.

2901 Highway 349

MIdland, TX 79706

**Date or dates debt was incurred**  07/23/2024

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1,400,000.00

---

**3.4**
**Nonpriority creditor's name and mailing address**
Texas Tote Works LLC - Odessa

16691 W Basin Street

Odessa, TX 79763

**Date or dates debt was incurred**  May 2025

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** invoices

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 61,987.88

---

**3.5**
**Nonpriority creditor's name and mailing address**
plaintiffs in the lawsuit in the 244th District Court Ector County, Cause No. C24080992CV attached hereto

**Date or dates debt was incurred**  July 2023

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** fireand damages in July 2023

**Is the claim subject to offset?**
☐ No
☐ Yes

$ unknown

---

**3.6**
**Nonpriority creditor's name and mailing address**
Defendants in the lawsuit in the 244th District Court for Ector County, Cause no. C24080992CV attached hereto

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ unknown

---

Debtor _____
Permian Basin Containers, LLC
Name

Case number (*if known*)_____
26-70080-smr-7

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,562,194.72 +/- |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,562,194.72 |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

## Schedule EF Addendum - Plaintiffs in the Lawsuit

All claims of Plaintiffs in the Lawsuit are contingent, unliquidated and disputed and the amount of their claim, if any, is unknown

Michael Allbright
700 W. 81st
Odessa, TX 79764

Allbright & Associates Inc.
702 W. 81st
Odessa, TX 79764

Sandra Beaty
600 W. 83rd Street
Odessa, TX 79764

Jerry Bernard
701 W. Hillmont
Odessa, TX 79764

Kelly Brown
1401 McKinney Street
Suite 1700
McKinney, TX 77010

Dustin R. Burrows
3217 34th Street
Lubbock, Texas 79410

Elzire Campbell
600 W. 83rd Street
Odessa, TX 79764

Valerie Castellon
525 W. 81st
Odessa, TX 79764

Deborah Cook
524 W. 81st
Odessa, TX 79762

Nicky Cook
524 W. 81st
Odessa, TX 79762

Chris Crockett
806 W. Hillmont Rd.
Odessa, TX 79764

Paul A. Derks
13155 Noel Road, Suite 1000
Dallas, TX 75240

Julie Driver
624 W. 83rd
Odessa, TX 79764

Loyce Driver
624 W. 83rd
Odessa, TX 79764

Robert Douthit
723 W. 83rd St
Odessa, TX 79764

Ruth Douthit
723 W. 83rd St
Odessa, TX 79764

Schedule EF Addendum - Plaintiffs in the Lawsuit – Page 2

Marie Farrington
716-B W. 81st
Odessa, TX 79764

Cuca Franco
806 W. Hillmont Rd
Odessa, TX 79764

Deborah A. Greenleaf
6371 Richmond Avenue
Houston, Texas 77057

Tina Gresham
8101 N. Golder Ave.
Odessa, TX 79764

Mika Hancock
720 W. 81st
Odessa, TX 79764

Andrew S. Hicks
700 Louisiana Street
Suite 2650
Houston, Texas 77002

Chris Hurlburt
522 W. 81st, Unit A
Odessa, TX 79764

Tina Hurlburt
522 W. 81st, Unit A
Odessa, TX 79764

Schedule EF Addendum - Plaintiffs in the Lawsuit – Page 3

David W. Lauritzen
500 West Illinois, Suite 300
Midland, Texas 79701

John Morris
522 W. 81st
Odessa, TX 79764.

Jamie Overton
525 W. 81st
Odessa, TX 79764

Adel Rodriguez
701 W. Hillmont Rd
Odessa, TX 79764

Ivonne Rodriguez
701 W. Hillmont Rd
Odessa, TX 79764

Mark Rodriguez
701 W. Hillmont Rd
Odessa, TX 79764

Sandra Rodriguez
8305 Erron Ave
Odessa, TX 79764

Richard Solomon
9009 Holiday Drive
Odessa, TX 97964

Karen Taylor
606 W. 83rd Street
Odessa, TX 78764

Schedule EF Addendum - Plaintiffs in the Lawsuit – Page 4

Sherrie Trammell
819 W. 83rd
Odessa, TX 79764

Allen Trexler
8009 So. County Road 1265
Midland, TX

Marilyn Sue Yates
716 W. 81st
Odessa, TX 79764

James Zugg
520 W. 81st
Odessa, TX 79764

Michelle Zugg
520 W. 81st
Odessa, TX 79764

Rose Zugg
520 W. 81st
Odessa, TX 79764

Schedule EF Addendum - Defendants in Lawsuit

All claims of Defendants in the lawsuit are contingent, unliquidated and disputed and the amount of their claim, if any, is unknown

5 Star Freight & Trucking
519 Gold Meadow
Terrell, TX 75161

5 Star Industrial Containers
519 Gold Meadow
Terrell, TX 75161

5 Star Industrial Containers Oklahoma
P O Box 647
Terrell, TX 75160

Achieved Containers LLC
519 Gold Meadow
Terrell, TX 75161

Aegis Chemical Solutions
4524 Highway 42 North
Kilgore, TX 75662

AES Drilling Fluids LLC
575 N Dairy Ashford
Suite 800
Houston, TX 77079

Eagle Ford Containers
P O Box 647
Terrell, TX 75160

Schedule EF Addendum - Defendants in lawsuit – Page 1

BRN Odessa LLC
6115 New Copeland Road
Suite 110
Tyler, TX 75703

BT Marshall LLC
6115 New Copeland Road
Suite 110
Tyler, TX 75703

Finoric LLC
8115 TX 540 Loop
Beasley, TX 77417

Four Seasons Containers
P O Box 647
Terrell, TX 75160

Four Seasons Recycling
P O Box 647
Terrell, TX 75160

PBC Freight LLC
P O Box 647
Terrell, TX 75160

United IBC LLC
P O Box 647
Terrell, TX 75160

Schedule EF Addendum - Defendants in lawsuit – Page 2

**Fill in this information to identify the case:**

Debtor name ___Permian Basin Containers, LLC___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (If known): ___26-70080-smr___ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___Permian Basin Containers, LLC___

United States Bankruptcy Court for the:___Western___  District of ___Texas___
(State)

Case number (If known): ___26-70080-smr___

❑ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name __Permian Basin Containers, LLC_____

United States Bankruptcy Court for the: __Western_____ District of __Texas____
(State)

Case number (If known): __26-70080-smr-7_____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................... $ 152,957.53

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $ 152,957.53

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................... + $ 1,562,194.72

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b    $ 1,715,152.25